# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**ALEXANDER JOVAN GOULD,**

      **Petitioner,**

**v.**                              **Case No. 5:17cv207-MCR/CAS**

**JULIE JONES, Secretary,**
**Department of Corrections,**

      **Respondent.**

_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

On or about July 23, 2017, Petitioner Alexander Jovan Gould, a state inmate proceeding pro se, filed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. He sent the petition to the First District Court of Appeal, which forwarded it to this Court. *See id.* at 15.

Petitioner Gould is an inmate at the Apalachee Correctional Institution in Sneads, Florida, which is located in the Northern District of Florida. *See* ECF No. 1; 28 U.S.C. § 89(a). In his § 2254 petition, he challenges a state court conviction and sentence entered by the Fourth Judicial Circuit, in and for Duval County, which is located in the Middle District of Florida. *See* ECF No. 1; 28 U.S.C. § 89(b).

Jurisdiction is appropriate in the district of confinement and the district

of conviction. 28 U.S.C. § 2241(d) (providing that state prisoner may file

habeas petition in district where he was convicted and sentenced or in

district where he is incarcerated). In this case, however, because the

district of conviction appears to be the most convenient and appropriate

venue, this petition should be transferred to the United States District Court

for the Middle District of Florida, Jacksonville Division. *Id.*; M.D. Fla. R.

1.02(b)(1). *See* Byrd v. Martin, 754 F.2d 963, 965 (11th Cir. 1985); Parker

v. Singletary, 974 F.2d 1562, 1582 (11th Cir. 1992).

It is therefore respectfully **RECOMMENDED** that the case file,

including any service copies and pending motions, be **TRANSFERRED** to

the United States District Court for the Middle District of Florida,

Jacksonville Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on August 10, 2017.

> **S/ Charles A. Stampelos**
> **CHARLES A. STAMPELOS**
> **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's**

Case No. 5:17cv207-MCR/CAS

objections within fourteen (14) days after being served with a copy thereof.   Fed. R. Civ. P. 72(b)(2).   <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>.   If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a Report and Recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.   *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.